UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PACIFIC MARITIME ASSOCIATION,

    Plaintiff,

    v.

INTERNATIONAL LONGSHORE AND WAREHOUSE UNION,

    Defendant.
_____/

No. C 11-02686 PJH

**ORDER CONTINUING HEARING DATE**

    PLEASE TAKE NOTICE that the date for the hearing on plaintiff's motion for order confirming and enforcing arbitration award and defendant's motion to dismiss, previously set for July 27, 2011, has been CONTINUED to Wednesday, September 7, 2011, at 9:00 a.m.

    The case management conference currently set for September 22, 2011 is hereby vacated and will be reset by the court after issuance of a ruling on the pending motions.

    **IT IS SO ORDERED.**

Dated: July 22, 2011

_____
PHYLLIS J. HAMILTON
United States District Judge